Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio





**MEMORANDUM OPINION**

No. 04-08-00283-CV

**IN THE INTEREST OF C.P.M.**, a Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-01239
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:   August 13, 2008

DISMISSED

On July 17, 2008, we issued a show cause order instructing appellant to respond by either paying the filing fee of $175.00 to the clerk of this court, or providing written proof that appellant is entitled to appeal without paying the filing fee, on or before July 31, 2008. *See* TEX. R. APP. P. 5. Appellant has failed to respond to the court' s order. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM